# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          Cr.18-399 (PGS)

v.          O R D E R

RAUL MENDOZA-BARRALES

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 16th day of July 2018,

ORDERED that Brian Reilly, AFPD, for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
Hon. PETER G. SHERIDAN